**178 So.2d 831**

**Odell BURCHELL**

**v.**

**STATE of Alabama.**

**8 Div. 217.**

Supreme Court of Alabama.

Sept. 30, 1965.

Richmond M. Flowers, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for petitioner.

Bruce Sherrill, Athens, opposed.

COLEMAN, Justice.

Petition of the State, by its Attorney General, to review and revise the judgment and decision in Burchell v. State, Ala.App., 178 So.2d 830.

Writ denied.

LIVINGSTON, C. J., and LAWSON, GOODWYN, MERRILL and HARWOOD, JJ., concur.

**179 So.2d 330**

**Howard CARR**

**v.**

**ALABAMA GREAT SOUTHERN R. CO.**

**7 Div. 718.**

Supreme Court of Alabama.

Oct. 21, 1965.

Lusk, Swann, Burns & Stivender, Gadsden, for petitioner.

Scott & Scott, Fort Payne, opposed.

GOODWYN, Justice.

Petition of Alabama Great Southern Railroad Company for certiorari to the Court of Appeals to review and revise the judgment and decision in Carr v. Alabama Great So. R. Co., 43 Ala.App. ——, 179 So.2d 328.

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.